WILL OF DORN: ROICK and another, Appellants, vs. WEST, Respondent.

For the appellants: *A. W. Kopp* of Platteville.

For the respondent: *Evans, Flom & Alstad,* attorneys, and *Richmond, Jackman, Wilkie & Toebaas* of counsel, all of Madison.

*By the Court.*—Order affirmed.

MERESS, Administratrix, Appellant, vs. CHICAGO, MILWAU-KEE, ST. PAUL & PACIFIC RAILROAD COMPANY and others, Respondents.

For the appellant: *Max Raskin,* attorney, and *Wm. F. Quick* of counsel, both of Milwaukee.

For the respondents: *Bender, Trump & McIntyre* of Milwaukee, attorneys, and *Leigh Caswell* of Crystall Falls, Michigan, of counsel.

*By the Court.*—Judgment affirmed.

LIBERTY FROCK COMPANY, INC., Appellant, vs. ROBBINS and another, Respondents.

For the appellant: *W. G. Haddow* of Ellsworth.

For the respondents: *Knowles & Doolittle* of River Falls.

*By the Court.*—Judgment affirmed.